IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDWARD DANA ROBINSON, #316049, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:21-CV-340-WHA |
| | ) |
| ALA. DEPT OF CORRECTIONS, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On August 19, 2021, the Magistrate Judge entered a Recommendation (Doc. #12) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for Plaintiff's failure to pay the filing fee as ordered by this court.

A separate Final Judgment will be entered.

DONE this 9th day of September, 2021.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE